Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Minerva C. Suarez

*Plantiff*

vs

Countrywide Home Loans; Vineyard
Mortgage; America's Wholesale
Lender; and all other claimants of
whatsoever kind and character
against real property commonly
known as 28709 Canyon Road;
Valley Center, CA 92082; APN
185-141-57-00; and DOES 1 through
100 *inclusive*    *Defendant*

FILED

2008 AUG 29  PM 1:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.

## '08 CV 1591 DMS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

L. Quintana, Esq.
Quintana, McConnin & Sarte, LLP
450 B Street Suite 1430
San Diego, CA 92101

Telephone: 619.231.6655
Facsimile: 619.243.0080

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

K. HAMMERLY

AUG 2 9 2008

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)