L. Quintana, Esq. (SBN 157291)
Gerald E. Sarte (SBN 177639)
Quintana McConnin & Sarte LLP
450 B Street Suite 1430
San Diego, CA 92101
Telephone: 619.231.6655
Facsimile: 619.243.0080

Attorneys for Plaintiff
Minerva C. Suarez

FILED
2008 AUG 29 PM 1:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES COURT
SOUTHERN DISTRICT OF CALIFORNIA

Minerva C. Suarez,
                Plaintiff,

v.

CountryWide Home Loans; Vineyard Mortgage; America's Wholesale Lender; and all other claimants of whatsoever kind and character against real property commonly known as 28709 Canyon Road; Valley Center, CA 92082; APN 185-141-57-00; and DOES 1 through 100 inclusive,
                Defendants.

Case No.: '08 CV 1591 DMS CAB

NOTICE OF LIS PENDENS

    Notice is hereby given that the above-entitled action was filed in the above-identified court on August 29, 2008 by the Minerva C. Suarez against CountryWide Home Loans, Vineyard Mortgage, America's Wholesale Lender and other as yet unnamed defendants. The action affects the title to 28709 Canyon Road; Valley Center, CA 92082; APN 185-141-57-00 located in San Diego County, California.

    The real property affected by the action is described as set forth in Exhibit A attached hereto.

Dated: August 29, 2008

Quintana McConnin & Sarte LLP

By L. Quintana, Esq.
Attorney for Plaintiff
Minerva C. Suarez

QMS Law
450 B St. #1430
San Diego, CA 92101

-1-

NOTICE OF LIS PENDENS

Copyright 2008 QMSLaw All Rights Reserved

EXHIBIT A

(Property Description)

28709 Canyon Road; Valley Center, CA   92082 located in San Diego County, California.

Assessor's Parcel No.: 185-141-57-00

QMS Law
450 B St. #1430
San Diego, CA 92101

[\\P4W2K\ReX\rQMSLaw\Practice Areas\Consumer mortgage practice\Research Complaint Federal Respatila\Lis Pendens Fed.doc]    -2-

NOTICE OF LIS PENDENS